UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK EDWARDS, as Personal Representative of the Estates of Ronald Bramlage, deceased; Rebecca Bramlage, deceased; Brandon Bramlage, deceased; Boston Bramlage, deceased; Beau Bramlage, deceased; and Roxanne Bramlage, deceased,

    Plaintiff,

vs.

PILATUS AIRCRAFT, LTD., a/k/a Pilatus Flugzeugweke Aktiengesellschaft, a Swiss company doing business in the United States,

PILATUS BUSINESS AIRCRAFT, LTD., a Colorado corporation,

HONEYWELL INTERNATIONAL INC., individually, and as successor to AlliedSignal Aerospace, Inc., and Bendix/King, a Delaware corporation,

PRATT & WHITNEY CANADA, a Canadian corporation,

ROSEMOUNT AEROSPACE, INC., d/b/a Goodrich Sensor Systems, a Delaware Corporation,

LEACH INTERNATIONAL, a Delaware corporation,

DRI RELAYS, INC., a Delaware corporation,

GLENAIR, Inc., a California corporation,

EPPS AIR SERVICE, INC., d/b/a Epps Aviation, Inc.,

    Defendants.

_____/

CASE NO.
8:14-CV-01326-CEH-MAP

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PRATT & WHITNEY CANADA**

1

Plaintiff, Mark Edwards, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby voluntarily dismisses the claim with prejudice, **ONLY** as to Pratt & Whitney Canada. Each party shall bear their own fees and costs.

**SPOHRER & DODD, P.L.**

/s/ Barry E. Newman
Barry E. Newman, Esq.
Florida Bar No.: 246300
Robert F. Spohrer, Esquire
Florida Bar No.: 184500
701 W. Adams Street, Suite 2
Jacksonville, FL 32204
Telephone: (904) 309-6500
Facsimile: (904) 309-6501
bnewman@sdlitigation.com
eservice@sdlitigation.com
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th day of December, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will serve an electronic copy to all counsel or parties of record.

/s/ Barry E. Newman
Barry E. Newman, Esq.
Florida Bar No.: 246300
Robert F. Spohrer, Esquire
Florida Bar No.: 184500
Spohrer & Dodd, P.L.
701 W. Adams Street, Suite 2
Jacksonville, FL 32204
Telephone: (904) 309-6500
Facsimile: (904) 309-6501
bnewman@sdlitigation.com
eservice@sdlitigation.com
Counsel for Plaintiff